JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KWANG CHOL JOY, | ) Case No. SACV 17-1195-JLS (JPR) |
| Petitioner, | ) **J U D G M E N T** |
| v. | ) |
| CRAIG KOENIG, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 2, 2020

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE